**OFFICIAL LOCAL FORM 3**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**PRE-CONFIRMATION CHAPTER 13 PLAN**

CHAPTER 13 PLAN - AMENDED

Docket No.: **15-12887**

DEBTOR(S):   (H)  **Mark J. Ryan**                                SS#  **xxx-xx-2226**

(W)  **Krista K. Ryan**                              SS#  **xxx-xx-2731**

### I. PLAN PAYMENT AND TERM:

Debtor's shall pay monthly to the Trustee the sum of $ **275.00** for the term of:

☐ 36 Months.  11 U.S.C. § 1325(b)(4)(A)(i);

☒ 60 Months.  11 U.S.C. § 1325(b)(4)(A)(ii);

☐ 60 Months.  11 U.S.C. § 1322(d)(2).  Debtor avers the following cause:

_____;or

☐ ____ Months.  The Debtor states as reasons therefore:

_____

### II. SECURED CLAIMS

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **Wells Fargo Home Mortgage** | **Pre-petition arrears** | $ **1,664.88** |

Total of secured claims to be paid through the Plan  $           **1,664.88**

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| **First CitizensFederal Credit Union** | auto loan |
| ~~Wells Fargo Dealer Services~~ | ~~auto loan~~ |
| **Wells Fargo Home Mortgage** | **1st mortgage loan** |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **-NONE-** | | |

D.  Leases:

   i.   The Debtor(s) intend(s) to reject the residential/personal property lease claims of
        **-NONE-**
        ; or

   ii.  The Debtor(s) intend(s) to assume the residential/personal property lease claims of
        **-NONE-**

   iii. The arrears under the lease to be paid under the plan are __0.00__.

## III. PRIORITY CLAIMS

A.  Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

B.  Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Department of the Treasury** | **income tax due** | $ **5,005.84** |

Total of Priority Claims to Be Paid Through the Plan  $ __5,005.84__

## IV. ADMINISTRATIVE CLAIMS

A.  Attorneys fees (to be paid through the plan):                                $ __0.00__

B.  Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

C.  The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of __24__ % of their claims.

A.  General unsecured claims:                                                   $ __34,361.25__

B.  Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

C.  Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

Total of Unsecured Claims (A + B + C):                                          $ __34,361.25__

D.  Multiply total by percentage:  $ __8,179.28__
    (Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E.  Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | | Amount of claim |
|---|---|---|---|
| -NONE- | | $ | |

Total amount of separately classified claims payable at ____%     $     **0.00**

## VI. OTHER PROVISIONS

A. Liquidation of assets to be used to fund plan:

B. Miscellaneous provisions:

## VII. CALCULATION OF PLAN PAYMENT

| | | |
|---|---|---|
| A) Secured claims (Section I-A Total): | $ | **1,664.88** |
| B) Priority claims (Section II-A&B Total): | $ | **5,005.84** |
| C) Administrative claims (Section III-A&B Total): | $ | **0.00** |
| D) Regular unsecured claims (Section IV-D Total):+ | $ | **8,179.28** |
| E) Separately classified unsecured claims: | $ | **0.00** |
| F) Total of a + b + c + d + e above: | =$ | **14,850.00** |
| G) Divide (f) by .90 for total including Trustee's fee: | | |
|                           Cost of Plan= | $ | **16,500.00** |

(This represents the total amount to be paid into the Chapter 13 plan)

H. Divide (G), Cost of Plan, by Term of Plan,     **60** months

I.  Round up to nearest dollar for Monthly Plan Payment:     $     **275.00**

(Enter this amount on page 1)

Pursuant to 11 U.S.C. § 1326(a) (1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|---|
| **1`240 Glebe Street, Taunton, Ma. 02780** | $ | **290,793.00**    $ | **260,000.00** |

| | | |
|---|---|---|
| Total Net Equity for Real Property: | $ | **30,793.00** |
| Less Exemptions (Schedule C): | $ | **30,793.00** |
| Available Chapter 7: | $ | **0.00** |

2010 Hyundai Sonata  Value $10,155.00 Liens $ 6,131.49 Exemption $ 4,023.51
2010 Honda Element  Value $13,787.00 Liens $ 8,288.48 Exemption $ 5,498.52

Case 16-10155    Doc 5    Filed 01/26/16    Entered 01/26/16 18:41:27    Desc Main
                         Document      Page 4 of 6

Total Net Equity: $ 9,522.03
Less Exemptions (Schedule C): $ 9,522.03
Available Chapter 7: $ 0.00

C. All other Assets (All remaining items on Schedule B): (Itemize as necessary)

Joint Checking Account-Santander Bank
Joint Savings Account-Santander Bank
Capital One -Savings Account
Household furniture, furnishings, cookware, linens, decorative items, appliances etc.
Used clothing
Used clothing
Diamond engagement ring
Diamond earrings
Pearl necklace
Dunkin Brands, Inc - 401(K)
Income Tax refunds for 2014
Timeshare- 30 Pine Valley Drive, Falmouth, Ma

Total Net Value: $ 18,950.19
Less Exemptions (Schedule C): $ 18,950.19
Available Chapter 7: $ 0.00

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $     0.00

E. Additional Comments regarding Liquidation Analysis:


IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

/s/ Jeanne M. Kirkwood, Esq.                           January 25, 2016
Jeanne M. Kirkwood, Esq.                                      Date
Debtor's Attorney
Attorney's Address:  859 Washington Street
                     Taunton, MA 02780
          Tel. #:    (508) 238-5900 Fax:(508) 238-7111
          Email Address:  attorneykirkwood@comcast.net

**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**

Date  January 25, 2016               Signature  /s/ Mark J. Ryan
                                                Mark J. Ryan
                                                Debtor


Date  January 25, 2016               Signature  /s/ Krista K. Ryan
                                                Krista K. Ryan
                                                Joint Debtor

| | District of Massachusetts | | |
|---|---|---|---|
| In re | Mark J. Ryan<br>Krista K. Ryan | Case No. | 15-12887 |
| | Debtor(s) | Chapter | 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on , a copy of __Debtors' Amended Chapter 13 Plan__    was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed on the attached sheet.

__1/26/2016__

                                      __/s/ Jeanne M. Kirkwood, Esq.__
                                      Jeanne M. Kirkwood, Esq.
                                      Law Office of Jeanne M. Kirkwood
                                      859 Washington Street
                                      Taunton, MA 02780
                                      (508) 238-5900
                                      attorneykirkwood@comcast.net

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


Chase
P.O. Box 15123
Wilmington, DE 19850-5123


Department of the Treasury
Internal Revenue Service
Holtsville, NY 11742-0480


First CitizensFederal Credit Union
200 Mill Road #100
Fairhaven, MA 02719


Lowes/Synchrony Bank
P.O. Box 530914
Atlanta, GA 30353-0914


Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341


Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306